IRA S. BUSHEY & SONS, Respondent, v. THE AMERICAN INSURANCE COMPANY,

# 716 CASES REPORTED WITH BRIEF SYLLABI.

Appellant.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Kelby, J., dissents.